Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,791,528
Registered Dec. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



GFR, LTD. (MICHIGAN CORPORATION)
6537 SKEGEMOG POINT ROAD
WILLIAMSBURG, MI 49690

   FOR: ENTERTAINMENT SERVICES IN THE FORM OF PERFORMANCES BY A VOCAL AND INSTRUMENTAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-1996; IN COMMERCE 5-0-1996.

SEC. 2(F) AS TO "THE AMERICAN BAND".

SER. NO. 78-214,848, FILED 2-14-2003.

MIDGE BUTLER, EXAMINING ATTORNEY



PLAINTIFF'S EXHIBIT A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,820,656
Registered Mar. 9, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

THE AMERICAN BAND

GFR, LTD. (MICHIGAN CORPORATION)
6537 SKEGEMOG POINT ROAD
WILLIAMSBURG, MI 49690

FOR: ENTERTAINMENT SERVICES IN THE FORM OF LIVE PERFORMANCES BY A VOCAL AND INSTRUMENTAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-1996; IN COMMERCE 5-0-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BAND", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-342,856, FILED 11-28-2001.

TRICIA THOMPKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**  Reg. No. 1,936,824
Registered Nov. 21, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## GRAND FUNK RAILROAD

GRAND FUNK RAILROAD COMPANY (PARTNERSHIP)
5721 OLD MYSTIC CT.
JUPITER, FL 33458

FOR: PRE-RECORDED COMPACT DISCS, CASSETTE TAPES AND VIDEOTAPES FEATURING MUSICAL PERFORMANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-1991; IN COMMERCE 1-15-1991.

OWNER OF U.S. REG. NO. 1,409,871.

SER. NO. 74-573,725, FILED 8-24-1994.

CHRIS WELLS, EXAMINING ATTORNEY