UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GFR, LTD.,

    Plaintiff,

v.

MARK FARNER, PARADISE ARTISTS,
LTD., and PARADISE ARTISTS, INC.

    Defendants.

Case No. 1:03CV0432

---

| | |
|---|---|
| Douglas S. Bishop (P27616)<br>Bishop & Heintz, P.C.<br>Attorneys for Plaintiff<br>440 W. Front at Oak St., P.O. Box 707<br>Traverse City, MI 49685-0707<br>(231) 946-4100 | Mary C. Bonnema (P48789)<br>McGarry Bair, P.C.<br>Local Attorneys for Defendant Paradise Artists, Ltd.<br>171 Monroe Avenue, N.W., Suite 600<br>Grand Rapids, MI 49503<br>(616) 742-3500 |
| Robert L. Kelly (P34412)<br>Dykema Gossett, P.L.L.C.<br>Attorneys for Defendant Mark Farner Ltd<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0849 | Lawrence C. Noble<br>Lawrence C. Noble & Associates<br>    Attorneys for Defendant Paradise Artists,<br><br>1001 Partridge Drive, Suite 300<br>Ventura, CA 93003<br>(805) 658-6266 |

---

## ORDER OF PERMANENT INJUNCTION

At a session of the above-captioned court, held
in the Ford Federal Building, Grand Rapids,
Michigan, on January 21 , 2004

Present: The Honorable Robert Holmes Bell
Federal District Court Judge

Plaintiff, GFR, Ltd., and Defendant Mark Farner, having reached a settlement of

this matter as placed on the record December 30, 2003, and as confirmed by a written

1



PLAINTIFF'S
EXHIBIT
B

Settlement Agreement between the parties dated January 14, 2004, and said parties, having stipulated to entry of this Order of Permanent Injunction as provided by their agreement; and all pending matters between GFR, Ltd. And Defendants, Paradise Artists, Ltd. and Paradise Artists, Inc. having been separately disposed of by order of this court;

IT IS HEREBY ORDERED AND ADJUDGED THAT A PERMANENT INJUNCTION SHALL AND DOES HEREBY ENTER, that Defendant Mark Farner, his officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, be and are PERMANENTLY ENJOINED AND PROHIBITED FROM:

1.  Utilizing or including, in any manner, the words "GRAND FUNK," and/or "GRAND FUNK RAILROAD," in any assumed name, performing act name or in the name of a contracting entity in any contract; and

2.  Utilizing or including, in any manner, the words "GRAND FUNK" and/or "GRAND FUNK RAILROAD," within any billing of Mark Farner, or any musical or other performing act in which he performs, except in compliance with all of the following express conditions:

A.  Defendant Farner may utilize, as part of the billing of his personal performances, any of the following:

i.  Mark Farner formerly of Grand Funk Railroad;

ii.  Mark Farner former member of Grand Funk Railroad;

iii.  Mark Farner former original member of Grand Funk Railroad;

2

iv.     Mark Farner former member Grand Funk Railroad; or

v.      For the permitted uses delineated, above, in (i) through (iv) "GRAND FUNK" may be used in place of "GRAND FUNK RAILROAD;" and

B.      Utilization of "GRAND FUNK RAILROAD" and/or "GRAND FUNK," as permitted in subparagraph (A), above, is subject to the further condition that any such use will require "MARK FARNER" to appear in all capital letters; the words "Grand Funk" and/or "Grand Funk Railroad" to appear in lower case letters with only the initial letter of each word permitted to be capitalized; the words "former," "formerly" and "member" to have at least the first letter capitalized; and all words, other than "MARK FARNER" to be of the same size and type and no larger than 50% of the type size of "MARK FARNER."

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this action to enforce the terms of this Order of Permanent Injunction and of the parties' Settlement Agreement dated January 14, 2004; all other claims in this action between said parties are dismissed, with prejudice and without costs, each party to bear its/his own costs and attorney fees.

/s/ Robert Holmes Bell
_____
The Honorable Robert Holmes Bell
Federal District Court Judge
DATED:  January _21__, 2004

3

Entry of the above Order is stipulated and agreed.


/s/ Douglas S. Bishop                          /s/ Robert L. Kelly

_____                    _____

Douglas S. Bishop   (P27616)                  Robert L. Kelly (P34412)
BISHOP & HEINTZ, P.C.                         DYKEMA GOSSETT, P.L.L.C.
Attorneys for Plaintiff, GFR, Ltd.             Attorney for Defendant, Mark Farner
440 West Front at Oak Street                   39577 Woodward Avenue, Suite 300
P.O. Box 707                                   Bloomfield Hills, MI 48034
Traverse City, MI 49684                        (248) 203-0849
(231) 946-4100

4

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GFR, LTD.,

     Plaintiff,                                                   1:18-cv-00238 (jlg)

v.                                                                      Hon. Gordon J. Quist

MARK FARNER and JUST HAVING
FUN PRODUCTIONS, INC.,

     Defendant.

_____/

| | |
|---|---|
| Douglas S. Bishop (P27616) | Janet Ramsey (P63285) |
| David A. Cvengros (P48504) | Warner, Norcross & Judd, LLP |
| Bishop & Heintz, P.C. | Attorneys for Defendant |
| Attorneys for Plaintiff | 111 Lyon, NW, Suite 900 |
| 440 W. Front at Oak Street, P.O. Box 707 | Grand Rapids, MI 49503 |
| Traverse City, MI 49685-0707 | (616) 752-2736 |
| (231) 946-4100 | |
| | A. Eric Bjorgum (admission pending) |
| | Karish & Bjorgum, P.C. |
| | Attorneys for Defendant |
| | 119 E. Union Street, Suite B |
| | Pasadena, CA 91103 |
| | (213) 785-8072 |

_____/

**STIPULATION OF DISMISSAL OF DEFENDANT JUST HAVING FUN
PRODUCTIONS, INC., PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41**

     NOW COME the parties, by and through their respective counsel, and hereby

stipulate to Dismissal without Prejudice of Just Having Fun Productions, Inc., pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii). No previous Dismissal without Prejudice

has been entered and this Dismissal is without Prejudice. The parties also stipulate and

agree that Defendant, Just Having Fun Productions, Inc.'s, Motion to Dismiss for Lack of

Jurisdiction is hereby withdrawn as it is moot.

BISHOP & HEINTZ, P.C.

DATED: _____, 2018            By: _____

Douglas S. Bishop (P27616)
David A. Cvengros (P48504)
Attorneys for Plaintiff
440 West Front at Oak Street
P.O. Box 707
Traverse City, MI 49685-0707
(231) 946-4100

WARNER, NORCROSS & JUDD, LLP

DATED: 6/20, 2018            By: _____

Janet Ramsey (P66285)
Attorneys for Defendant
111 Lyon, NW, Suite 900
Grand Rapids, MI 49503
(616) 752-2736

KARISH & BJORGUM, P.C.

DATED: _____, 2018            By: _____

A. Eric Bjorgum (admission pending)
Attorneys for Defendant
119 E. Union Street, Suite B
Pasadena, CA 91103
(213) 785-8072

LMS\DAVE\GFR\6.7.18 - Stipulation and Notice of Dismissal.docx

2

Jurisdiction is hereby withdrawn as it is moot.

BISHOP & HEINTZ, P.C.

DATED: 4/21, 2018          By: _____

Douglas S. Bishop (P27616)
David A. Cvengros (P48504)
Attorneys for Plaintiff
440 West Front at Oak Street
P.O. Box 707
Traverse City, MI 49685-0707
(231) 946-4100


WARNER, NORCROSS & JUDD,
LLP

DATED: _____, 2018          By: _____

Janet Ramsey (P63285)
Attorneys for Defendant
111 Lyon, NW, Suite 900
Grand Rapids, MI 49503
(616) 752-2736


KARISH & BJORGUM, P.C.

DATED: 6/18, 2018          By: _____

A. Eric Bjorgum (admission pending)
Attorneys for Defendant
119 E. Union Street, Suite B
Pasadena, CA 91103
(213) 785-8072

LMS\DAVE\GFR\6.7.18 - Stipulation and Notice of Dismissal.docx

2