

DOUGLAS S. BISHOP*
PATRICK E. HEINTZ
DAVID A. CVENGROS
STEVEN R. FOX
*registered patent attorney

MEAGAN RAFTERY BELDEN+
MATTHEW L. CLASSENS

JEROME COLLIGAN  Emeritus
+also admitted in Illinois

February 19, 2018

Mrs. Lesia Farner
5775 Atkins Road
Petoskey, MI 49770

**Also sent via email to mfnrgmama@gmail.com**

Re:   GFR, Ltd

Dear Mrs. Farner:

As you know, this office represents the interests of GFR, Ltd. The purpose of this letter is to advise you that we have received information that Mr. Farner is in violation of not only the Injunction applicable to his relationship with GFR, Ltd., but is also violating federal trademark laws regarding the mark "THE AMERICAN BAND."

Enclosed are copies of documentation evidencing GFR, Ltd.'s ownership of the service mark "THE AMERICAN BAND."

Review of the upcoming show lists for Mr. Farner include the following violations:

1.   3/2/18, Milwaukee, Wisconsin, billed as "Mark Farner's American Band;"

2.   3/3/18, Medina, Minnesota, billed as "Mark Farner formerly of Grand Funk Railroad;"

3.   4/27/18, Harbinger, North Carolina, billed as "Mark Farner - American Band Founding member of Grand Funk Railroad;"

4.   6/18/18, Everett, Washington, billed as "Mark Farner's American Band (Grand Funk Railroad;"

440 WEST FRONT AT OAK · P.O. BOX 707 · TRAVERSE CITY, MICHIGAN 49685-0707
TELEPHONE (231) 946-4100   TOLL FREE (877) 755-4529 · TELEFAX (231) 946-8543
email Firm  info@bishopheintz.com · Individual Attorney  davel@bishopheintz.com



PLAINTIFF'S
EXHIBIT

E

Mrs. Lesia Farner
February 19, 2018
Page 2

5.      11/2/18, Natick, Massachusetts, billed as "Mark Farner's "American Band"
        Acoustic;"

We've enclosed copies of screen captures for each of those events.

These listings constitute a violation of not only the Permanent Injunction between Mr. Farner
and GFR, Ltd., but also a statutory violation of federal trademark law as noted above.  You are
advised to "cease and desist" all use of GFR, Ltd.'s federal trademark as well as comply with the
terms and conditions of the Permanent Injunction existing between the parties.  Please contact us
immediately regarding compliance with this request.  As we have stated in previous correspondence,
any action we are forced to take that result in fees and costs will be charged to Mr. Farner.

We look forward to your written statement of compliance with this request.

Sincerely,

David A. Cvengros

DAC/tms
Enclosures

cc:     GFR, Ltd.
        Mr. Obi Steinman



# BISHOP & HEINTZ, P.C.
ATTORNEYS ~ COUNSELORS

DOUGLAS S. BISHOP*
PATRICK E. HEINTZ
DAVID A. CVENGROS
STEVEN R. FOX
*registered patent attorney

MEAGAN RAFTERY BELDEN+
MATTHEW L. CLASSENS

———————
JEROME COLLIGAN  Emeritus
+also admitted in Illinois

February 21, 2018

Mr. Jim Lenz
TKO
141 Halstead Avenue
4th Floor, Penthouse
Mamaroneck, NY 10543

**Also sent via email to jimlenz@tkoco.com**

    Re:    GFR, Ltd.

Dear Mr. Lenz:

    As you know, this office represents the interests of GFR, Ltd.  The purpose of this letter is to advise you that we have received information that Mr. Farner is in violation of not only the Injunction applicable to his relationship with GFR, Ltd., but is also violating federal trademark laws regarding the mark "THE AMERICAN BAND."

    Enclosed are copies of documentation evidencing GFR, Ltd.'s ownership of the service mark "THE AMERICAN BAND."

    Review of the upcoming show lists for Mr. Farner include the following violations:

1.    3/2/18, Milwaukee, Wisconsin, billed as "Mark Farner's American Band;"

2.    3/3/18, Medina, Minnesota, billed as "Mark Farner formerly of Grand Funk Railroad;"

3.    4/27/18, Harbinger, North Carolina, billed as "Mark Farner - American Band Founding member of Grand Funk Railroad;"

4.    6/18/18, Everett, Washington, billed as "Mark Farner's American Band (Grand Funk Railroad;"

440 WEST FRONT AT OAK - P.O. BOX 707 - TRAVERSE CITY, MICHIGAN 49685-0707
TELEPHONE (231) 946-4100 - TOLL FREE (877) 756-4529 - TELEFAX (231) 946-8543
email: Firm: info@bishopheintz.com - Individual Attorney: dave1@bishopheintz.com



Mr. Jim Lenz
TKO
February 21, 2018
Page 2

     5.    11/2/18, Natick, Massachusetts, billed as "Mark Farner's "American Band" Acoustic;"

We've enclosed copies of screen captures for each of those events.

These listings constitute a violation of not only the Permanent Injunction between Mr. Farner and GFR, Ltd., but also a statutory violation of federal trademark law as noted above. You are advised to "cease and desist" all use of GFR, Ltd.'s federal trademark as well as comply with the terms and conditions of the Permanent Injunction existing between the parties. Please contact us immediately regarding compliance with this request. As we have stated in previous correspondence, any action we are forced to take that result in fees and costs will be charged to Mr. Farner.

We look forward to your written statement of compliance with this request.

                     Sincerely,

                     David A. Cvengros

DAC/tms
Enclosures

cc:    GFR, Ltd.
       Mrs. Lesia Farner