UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GFR, LTD.,

    Plaintiff,            Case No. 1:18-CV-238

v.                                                 HON. GORDON J. QUIST

MARK FARNER,

    Defendant.
_____/

**ORDER**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Plaintiff/Counter-Defendant's Motion to Dismiss Defendant/Counter-Plaintiff's Counter-Claim (ECF No. 18) is **GRANTED**, and Plaintiff/Counter-Defendant's Motion for Summary Judgment on Defendant/Counter-Plaintiff's Counter-Claim (ECF No. 40) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 21) is **DENIED**.

Dated: March 14, 2019                                    /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE